IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE SINGER,<br>on behalf of herself and all<br>others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COVISTA, INC.;<br>MICROSOFT CORPORATION<br><br>    Defendants. | Case No. 2:10-CV-06147-JLL-CCC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Ron Kuzon, Esquire on behalf of Defendant, Covista, Inc. in this matter.

Dated: May 31, 2011

*(signature)*

Ron Kuzon, Esquire
General Counsel
Covista Communications, Inc.
225 East 8th Street
Chattanooga, TN 37402
*Attorney for Defendant Covista, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011 that a true and correct copy of the foregoing Entry of Appearance for Ron Kuzon, Esquire was served via First Class Mail to the Clerk of Court, United States District Court for the District of New Jersey, and to the following counsel of record:

**SIMON B. PARIS**
SALTZ, MONGELUZZI, BARRETT & BENDESKY, PC
ONE LIBERTY PLACE
1650 MARKET STREET
52ND FLOOR
PHILADELPHIA, PA 19103
Phone: (215) 496-8282
Fax: (215) 496-0999
Email: sparis@smbb.com
*Attorney for Plaintiff*

**CHARLES B. CASPER**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
Phone: (856) 488-7700
Fax: (856) 488-7720
Email: ccasper@mmwr.com
*Attorney for Defendant Microsoft Corporation*

_____
Ron Kuzon, Esquire