# SALTZ MONGELUZZI BARRETT & BENDESKY PC
### TRIAL LAWYERS

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MONTGOMERY COUNTY OFFICE
43 EAST MARSHALL STREET
NORRISTOWN, PA 19401
VOICE 610.278.1591
FAX 610.272.2549

SIMON B. PARIS
DIRECT DIAL 215-575-3986
SPARIS@SMBB.COM

August 7, 2015

**VIA ECF and US Mail**

The Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court of New Jersey
Martin Luther King, Jr. Federal Bldg.
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   *Re:* *Singer v. Covista, Inc., et al.*
     *Civil Action No. 2:10-CV-06147 (JLL)*

Dear Judge Dickson:

  This firm represents Plaintiff and the Class in this matter. On November 13, 2014, this matter was referred to mediation with Patrick Tobia. ECF No. 94. The matter was mediated and a settlement agreement executed. Yet again, Defendants failed to comply with the terms of that settlement agreement, which is now void.

  Plaintiff requests a status conference with the Court to reopen this matter and address the remaining issues as outlined in the September 26, 2015 letter. *See* ECF No. 90.

  Thank you for your continued courtesies in this matter.

            Respectfully Submitted,

            Simon B. Paris

Cc: Robert Vort, Esq. (via ECF)